UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 to 10,<br><br>    Defendants. | Case No.  1:20-cv-01490-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUTOFF, PRETRIAL CONFERENCE, AND RELATED DATES**<br><br>(Doc. 22) |

    Currently pending before the Court is the parties' stipulation requesting modification of the Scheduling Conference Order.  (Doc. 22.)  Having reviewed the stipulation, and good cause appearing, the parties' request to continue the pretrial deadlines in the Scheduling Conference Order (Doc. 13) is GRANTED.  Fed. R. Civ. P. 16(b)(4).

    The Scheduling Conference Order is hereby modified as follows:

| | |
|---|---|
| Non- Expert Discovery Cutoff: | June 10, 2022 |
| Expert Disclosure: | June 24, 2022 |
| Supplemental Expert Disclosure: | July 19, 2022 |
| Expert Discovery Cutoff: | August 19, 2022 |
| Pretrial Motion Filing Deadline: | August 19, 2022 |

1

| | |
|---|---|
| Pretrial Conference: | January 23, 2023<br>1:30 PM<br>Courtroom 5 (DAD) |

IT IS SO ORDERED.

Dated:  **February 17, 2022**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2