# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROMERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 to 10,<br><br>　　　　　Defendants | Case No. 1:20-cv-01490-DAD-BAM<br><br>**[PROPOSED ORDER] CONTINUING DISCOVERY CUTOFF; PRE TRIAL CONFERENCE, AND RELATED DATES**<br><br>*[Filed concurrently with [Proposed] Order*<br><br>Trial Date:  None Set |

## ORDER

Having reviewed the Stipulation and request by and between Plaintiff SAMUEL ROMERO ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Defendant") (collectively the "Parties") by and through their respective counsel of record, and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT** the Courts Scheduling Conference Order (Dkt. No. 13) is hereby modified as follows:

| | |
|---|---|
| Non Expert Discovery Cutoff: | October 7, 2022 |
| Deadline for Initial Designation of Expert Witnesses: | October 28, 2022 |
| Deadline for Supplemental Designation of Expert Witnesses: | November 25, 2022 |
| Expert Discovery Cutoff: | December 16, 2022 |
| Pretrial Motion Filing Deadline: | December 16, 2022 |
| Pretrial Conference: | May 15, 2023<br>1:30 p.m.<br>Courtroom 5 (DAD) |

The parties are cautioned that further modifications of the Scheduling Order in this action must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                          /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE